14 F.3d 48
 Locklear (Autrey J.)
v.
Department of Justice, Oberly (Charles M., III), Atty. Gen.
of DE, Hubbard (Richard W.), FSC Securities Corp., Gallo
(Thomas J.), Sudell (William), Casarino (Steven P.), John
Doe, 'Mr. Kuehl', Culley (David G.), Bunitsky (Mark W.),
Meyers (Loren C.), Salvatore (Denise), Sniadowski (William),
Lofland (John), Bayard (James A., Jr.), Del Pesco (Susal),
Bifferato (Vincent L., Hon.), Gebelein (Richard S.),
Longobardi (Judge), Robinson (Sue L.)
 NO. 93-7329
 United States Court of Appeals,
Third Circuit.
 Nov 24, 1993
 
 Appeal From: D.Del.,
 Sarokin, J.
 
 
 1
 AFFIRMED.